SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 AUG 22 PM 1:28

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS JANES,<br><br>　　　　　Defendant. | 8:18 CR 241<br><br>INDICTMENT<br><br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5)(B) |

The Grand Jury charges that

## COUNT I

On or about October 2014, in the District of Nebraska, THOMAS JANES, the defendant herein, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT II

On and before April 1, 2015, in the District of Nebraska, THOMAS JANES, the defendant herein, did knowingly possess any material that contained an image of child pornography, as defined in Title 18 United States Code Section 2256(8), involved a prepubescent minor, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed,

1

shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252A(a)(5)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: *Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney